# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASPER FERGUSON,<br><br>Petitioner,<br><br>v.<br><br>ALEX VILLANEUVA,<br><br>Respondent. | Case No. CV 20-02583-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Court should abstain from hearing the Petition under <u>Younger v. Harris</u>, 401 U.S. 37 (1971), and this action dismissed without prejudice.

Date: 10/20/2020

PHILIP S. GUTIERREZ
Chief United States District Judge